STATE OF INDIANA *v.* GARDNER.

[No. 29,074. Filed October 13, 1954.]

See Ante p. 557.

*Edwin K. Steers,* Attorney General, and *Carl Humble,* Deputy Attorney General, for appellant.

*Floyd R. Murray,* and *Galvin, Galvin & Leeney,* all of Hammond, for appellee.

EMMERT, J.—This appeal was consolidated with number 29,073 for purposes of briefing. Appellant's brief assumes that the disposition of this appeal depends upon our decision in 29,073, and on the authority of this case, this appeal is dismissed.

Flanagan, C. J., Gilkison, Bobbitt and Draper, JJ., concur.

NOTE.—Reported in 122 N. E. 2d 79.